To whom it may concern

My name is Jacob Mosko. My lawyers name is James cipoletta. I am writing this letter in regards to obtaining my paper work from the clerks office. I have attempted to reach out to my lawyer and still not recieved it. I need my discovery, docket sheet, and criminal complaint. I have been encarcerated 8 months and still have not seen of gone over any of my legal work if it can be sent to plymouth county I would appreciate it please and thank you    as soon as possible

FILED
IN CLERKS OFFICE
2022 OCT -7 AM 9: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.